IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BONILLA, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01484 JLT (PC)<br><br>ORDER FINDING SERVICE OF THE COMPLAINT APPROPRIATE<br><br>(Doc. 7)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS |

　　　　Plaintiffs are state prisoners who are represented by counsel.  The Court has screened Plaintiffs' First Amended complaint pursuant to 28 U.S.C. § 1915A and has found that it states a cognizable Eighth Amendment claim against the Defendants.  If the allegations in Plaintiff's complaint incident are proven, Plaintiffs have a reasonable opportunity of prevailing on the merits of the claims.

　　　　Accordingly, it is **HEREBY ORDERED** that:

1.　　Service of Plaintiffs' First Amended Complaint is appropriate as to all named Defendants;

2.　　The Clerk of the Court is DIRECTED to issue a summons in this case to Defendants Bounville, Matthew Cate and Michael Stainer.

///

///

1

1    3.   Once the summons is received, Plaintiffs SHALL immediately initiate service pursuant
2         to Fed. R. Civ. P. 4.
3  IT IS SO ORDERED.
4  Dated:   **October 28, 2011**                              /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE