IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN, et al., <br><br>           Plaintiff, <br><br>    v. <br><br> BONILLA, et al., <br><br>           Defendants. | Case No.: 1:11-cv-1484 AWI JLT (PC) <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING DEFENDANT CATE <br><br> (Doc. 28) |

On July 12, 2012, the Magistrate Judge determined Plaintiffs failed to state a claim against Defendant Cate, and recommended Cate be dismissed from the action. (Doc. 28). The Findings and Recommendations contained a notice that any objections were to be filed within fourteen days of the date of service. Id. at 5. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations (Doc. 28), are **ADOPTED IN FULL**; and

2. Defendant Cate is **DISMISSED** as a defendant in this action.

IT IS SO ORDERED.

Dated:   March 18, 2013

SENIOR DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28