**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al., ) | Case No.: 1:11-cv-01484 AWI JLT |
| Plaintiffs, ) | |
| ) | ORDER TO PLANITIFFS' COUNSELTO SHOW |
| v. ) | CAUSE WHY SANCTIONS SHOULD NOT BE |
| ) | IMPOSED FOR THEIR FAILURE TO COMPLY |
| MICHAEL Stainer, et al., ) | WITH THE COURT'S ORDER |
| ) | |
| Defendants. ) | |

On December 5, 2013, the Court set a status conference to be held on January 13, 2014 and ordered the parties to file a joint status conference statement.[1]  (Doc. 44)  On January 13, 2014, the Court held the status conference but no counsel appeared for Plaintiffs.

Therefore, within 14 days, the Court **ORDERS** counsel for Plaintiffs to show cause why sanctions should not be imposed based upon their failure to appear at the status conference and to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   **January 14, 2014**          /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] On January 6, 2014, Defendants filed a status conference statement.  (Doc. 45)  Defendants explained that "due to scheduling conflicts and absences during the holidays, counsel for the parties were unable to communicate with each other, either by phone or e-mail . . ." Id. at 1 n. 1.  The next day, the parties filed a joint report which reflected Plaintiffs' agreement to the dates proposed by Defendants. (Doc. 46)