1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURBIN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BONILLA, et al.,<br><br>                    Defendants. | **Case No.  1:11-cv-01484-AWI-JLT (PC)**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND WITHDRAWING FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO OBEY A COURT ORDER**<br><br>**(Docs. 44, 47, 49, 50)** |

On December 5, 2013, the Court issued an order setting the case for a status conference on January 13, 2013 at 9:00 a.m.  (Doc. 44.)  Plaintiff's counsel did not appear at the status conference.  (Doc. 47.)  The next day, an order issued to Plaintiff's counsel to show cause why sanctions should not be imposed for their failure to comply with the Court's Order within fourteen (14) days.  (Doc. 49.)  The 14 day period expired without Plaintiffs' counsel having shown cause to prevent imposition of sanctions, or otherwise responding to the Court's order.  Thus, on February 13, 2014, Findings and Recommendations to dismiss the case for failure to prosecute and failure to obey a court order issued, allowing a thirty day objection period.  (Doc. 50.)  On February 25, 2014, Plaintiff's counsel filed a declaration explaining his failure to properly calendar both the status conference and a response to the order to show cause was due to serious health issues of his teenage son.  (Doc. 51.)

Accordingly, it is HEREBY ORDERED that:

1

1.  the Order to Plaintiff's Counsel to Show Cause Why Sanctions Should Not be Imposed for Their Failure to Comply with the Court's Order, dated January 14, 2014 (Doc. 49), is **DISCHARGED**; and

2.  the Findings and Recommendation to Dismiss Case for Failure to Prosecute and Failure to Obey a Court Order, dated February 13, 2014 (Doc. 50) is **WITHDRAWN**.

Plaintiffs' counsel is cautioned that **any further failures to prosecute this action or to comply with Court orders will be grounds for dismissal.**

IT IS SO ORDERED.

Dated:   **February 27, 2014**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE