# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DUBRIN et al., | ) Case No.: 1:11-cv-01484 AWI JLT (PC) |
|---|---|
| Plaintiffs, | ) ORDER SETTING FURTHER SCHEDULING |
| v. | ) CONFERENCE |
| MICHAEL Stainer, et al., | ) |
| Defendants. | ) |

On January 14, 2014, the Court issued an amended scheduling order setting dates through the dispositive motion filing deadline. (Doc. 48) These dates have now passed and no dispositive motion has been filed. Thus, the case is ready for further scheduling. Therefore the court **ORDERS**:

1. A further scheduling conference is set on **November 25, 2014** at 9:30 a.m. Counsel are authorized to appear via the CourtCall service;

2. **No later than November 18, 2014**, counsel SHALL file a joint statement setting forth a brief statement of the discovery completed to date, proposed dates for the expert discovery period, if any, the pretrial conference and the trial and any other information counsel feels is important to discuss.

IT IS SO ORDERED.

Dated:   **October 9, 2014**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE