1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11  DUBRIN et al.,                          )  Case No.: 1:11-cv-01484 AWI JLT (PC)
                                            )
12              Plaintiffs,                 )  FURTHER SCHEDULING ORDER
                                            )
13        v.                                )
                                            )
14  MICHAEL Stainer, et al.,                )
                                            )
15              Defendants.                 )

16        On January 14, 2014, the Court issued an amended scheduling order setting dates through the

17  dispositive motion filing deadline.  (Doc. 48)  These dates have now passed and no dispositive motion

18  has been filed.  Thus, the case is ready for further scheduling.  Therefore the court **ORDERS**:

19        1.      The parties are directed to disclose all expert witnesses, in writing, on or before

20  **January 30, 2015**, and to disclose all rebuttal experts on or before **February 27, 2015**. The written

21  designation of retained and non-retained experts shall be made pursuant to Fed. R. Civ. P. Rule

22  26(a)(2), (A), (B), and (C) and shall include all information required thereunder. Failure to designate

23  experts in compliance with this order may result in the Court excluding the testimony or other

24  evidence offered through such experts that are not disclosed pursuant to this order.  The provisions of

25  Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.

26  Experts must be fully prepared to be examined on all subjects and opinions included in the

27  designation. Failure to comply will result in the imposition of sanctions, which may include striking

28  the expert designation and preclusion of expert testimony.

The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

2.      All expert discovery SHALL be completed no later than **March 27, 2015**;

3.      The pretrial conference is set on **June 2, 2015** at 10:00 a.m. in Courtroom 2 before Judge Ishii.  The parties are ordered to file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Ishii's chambers, by email at AWIOrders@caed.uscourts.gov.

Counsels' attention is directed to Rules 281 and 282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

4.      The jury trial is set on **July 28, 2015 at 8:30 a.m.** in Courtroom 2 before the Honorable Anthony W. Ishii, United States District Court Judge.  The trial has a 10-12 day estimate.


IT IS SO ORDERED.

Dated:   **November 26, 2014**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

2