# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURBIN, et al., | 1:11-cv-01484-AWI-JLT (PC) |
| Plaintiffs, | ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL |
| v. | |
| BONILLA, et al., | 15-DAY DEADLINE |
| Defendants. | |

Plaintiffs are state prisoners who were confined in the Security Housing Unit at the California Correctional Institution in Tehachapi. (Doc. 19 at 2.) Plaintiffs allege that they were deprived of the minimum amount of out of cell exercise and indicate that in the four months preceding the filing of the FAC, they received a total of 12 hours of exercise time. (Id. at ¶¶ 2, 6.) The dispositive motion filing deadline has lapsed and trial is set for July 28, 2015. (*See* Docs. 48, 58.)

///
///
///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED, that within **15 days** of the date of service of this order, the parties shall submit statements indicating whether they believe, in good faith, that settlement is a possibility in this case and whether they are interested in having a settlement conference scheduled.

IT IS SO ORDERED.

Dated:   **January 23, 2015**             /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE