# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURBIN, et al., <br><br>            Plaintiffs, <br><br>      v. <br><br> BONILLA, et al., <br><br>            Defendants. | 1:11-cv-01484-AWI-JLT (PC) <br><br> ORDER ON STIPULATION TO STAY DISCOVERY AND GRANTING AN EXTENSION OF TIME TO ADVISE RE SETTLEMENT CONFERENCE <br><br> (Doc. 60) |

Plaintiffs are state prisoners who were confined in the Security Housing Unit ("SHU") at the California Correctional Institution ("CCI") in Tehachapi. (Doc. 19 at 2.) The dispositive motion filing deadline has lapsed and trial is set for July 28, 2015 before the Honorable Anthony W. Ishii. (*See* Docs. 48, 58.) Thus, the parties were asked to submit statements regarding whether a settlement conference would be of assistance. (Doc. 59.) In response, the parties filed a stipulation to stay discovery indicating Plaintiffs have provided Defendants a demand and Defendants are in process of evaluating it. (Doc. 60)They indicate that, at this time, they have agreed to suspend further discovery until Defendants respond and that they would like to delay response to the Court's inquiry related to a settlement conference until that time.

Accordingly, it is HEREBY ORDERED, that:

(1)    discovery in this matter is stayed until **February 27, 2015**; and

(2)    no later than **February 27, 2015** , the parties shall submit statements indicating

1

1 | whether they believe, in good faith, settlement is a possible and whether they wish
2 | the Court to set a settlement conference.

IT IS SO ORDERED.

Dated:   **February 3, 2015**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE