# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURBIN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BONILLA, et al.,<br><br>        Defendants. | 1:11-cv-01484-AWI-JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AND WHY THE DISCOVERY STAY SHOULD NOT BE LIFTED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On February 4, 2015, the Court granted counsel's stipulation to stay discovery and granted time to advise the Court whether the parties wanted a settlement conference. (Doc. 61)  At that time, counsel reported they were in settlement negotiations and would notify the Court by the end of February whether they desired a settlement conference. (Doc. 60)  They have not done so.

Therefore, within 14 days, the Court **ORDERS** counsel for both sides to show cause why sanctions, up to and including an order dismissing the action or an order striking the answer and entering default, should not be imposed and why the discovery stay should not be lifted due to their failure to comply with the Court's orders.  Alternatively, the parties may provide the information previously ordered within the same 14-day period.

IT IS SO ORDERED.

   Dated:   **March 4, 2015**                       **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28