**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al., | ) Case No.: 1:11-cv-01484 AWI JLT |
|  Plaintiffs, | ) ORDER RE: STAY |
|  v. | ) |
| MICHAEL Stainer, et al., | ) |
|  Defendants. | ) |

On January 30, 2015, the parties filed a joint statement declining the Court's offer to set a settlement conference. (Doc. 60 at 1) The parties reported they were in active settlement negotiations and felt the Court's assistance was not needed. Id. The parties requested the Court stay the matter and indicated they would report as to the settlement negotiations by the end of February 2015. Id. In response, the Court stayed the case. (Doc. 61)

When the parties failed to report on the settlement progress, the Court issued to the parties an order to show cause why sanctions should not be imposed and the stay lifted due to their failure to comply with the Court's orders. (Doc. 62) The parties responded and indicated that the parties remained in good faith negotiations to resolve the matter and the failure to respond was inadvertent. (Doc. 63 at 2) Counsel reported that reaching a settlement was complicated by the fact that many of the plaintiffs owed restitution. Id.

On April 20, 2015, the parties filed reports indicating they still were engaged in settlement

efforts but that the Defendants needed 30 days more to receive an indication whether the Office of Legal Affairs would approve the settlement. (Doc. 65 at 3)  Plaintiffs' counsel reported that he remained confident the matter would resolve in the near future. (Doc. 66 at 1-2).  Therefore, the Court **ORDERS**:

    1.    <u>No later than May 22, 2015 and every 30 days thereafter</u>, the parties **SHALL** file a joint statement indicating the status of the settlement efforts. The obligation to initiate discussion about the joint status report and to draft and file the report is joint.

**<u>Counsel are advised that the Court does not anticipate allowing the matter to remain stayed beyond June 30, 2015, absent a showing of exceptional good cause.  The parties are strongly advised to resolve the matter or recognize the matter may not be resolved within that time period.</u>**

IT IS SO ORDERED.

Dated:   **May 15, 2015**                         **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE