UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al., | ) Case No.: 1:11-cv-01484 AWI JLT |
| Plaintiffs, | ) FURTHER SCHEDULING ORDER |
| v. | ) |
| MICHAEL STAINER, et al., | ) |
| Defendants. | ) |

On February 4, 2015, the Court granted counsel's stipulation to stay discovery given counsel's representation that settlement discussions were underway. (Doc. 61)   However, as the months went by and no progress appeared to be made toward achieving settlement, on May 5, 2015, the Court issued its "Order re Stay" in which it admonished, "Counsel are advised that the Court does not anticipate allowing the matter to remain stayed beyond June 30, 2015, absent a showing of exceptional good cause. The parties are strongly advised to resolve the matter or recognize the matter may not be resolved within that time period." Id.

Once again, by the end of June, neither settlement nor progress toward settlement had occurred.  Thus, the Court lifted the stay and ordered a further scheduling conference (Doc. 71) which occurred on July 23, 2015. Thus, the Court **ORDERS**:

1. All experts **SHALL** be disclosed **no later than** **November 13, 2015** and rebuttal experts to be disclosed **no later than** **December 11, 2015**;

2. All expert discovery **SHALL** be completed **no later than December 30, 2016**;

3. Any non-dispositive motions related to experts **SHALL** be filed **no later than January 15, 2016** and heard **no later than February 12, 2016**;

4. The pretrial conference is set on **March 22, 2016** at 10:00 a.m. in Courtroom 2;

5. The jury trial is set on **May 24, 2016** at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: **July 23, 2015**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE