# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL STAINER, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01484 AWI JLT<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

On October 28, 2015, the Court held a settlement conference. While the parties were not able to come to a settlement, they developed terms by which, if satisfied, settlement will be achieved. Toward this end, the Court **ORDERS**:

    1.    **<u>No later than November 25, 2015</u>**, counsel for Plaintiffs **SHALL** file his motion to withdraw from the representation of the plaintiffs (Barriga and Lopez), whose whereabouts are unknown to counsel and with whom counsel has had no communication in a significant period. Alternatively, Plaintiffs' counsel **SHALL** file a notice that counsel has reestablished communication with these Plaintiffs **<u>by November 25, 2015</u>**;

    2.    **<u>No later than November 6, 2015</u>**, counsel for Plaintiffs **SHALL** file a notice of death related to the deceased plaintiff. The notice of death **SHALL** be served on any known heirs and successors of the deceased plaintiff;

    3.    **<u>No later than November 25, 2015</u>**, counsel **SHALL** jointly file a request for a

1

determination that the claim of the deceased plaintiff has been extinguished by his death—supported by sufficient authorities—if they determine that, indeed, the claim is extinguished. The request **SHALL** be served on any known heirs and successors of the deceased plaintiff;

4. **No later than November 20, 2015**, counsel for Plaintiffs **SHALL** send correspondence or otherwise communicate with the named Plaintiffs and will recommend settlement on the terms discussed at the settlement conference

5. **No later than January 8, 2016**, counsel **SHALL** file a joint status report detailing their efforts to achieve settlement based upon the terms discussed at the settlement conference.

IT IS SO ORDERED.

Dated:   **October 29, 2015**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE