# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al., | ) Case No.: 1:11-cv-01484 AWI JLT |
| Plaintiffs, | ) ORDER TO PLAINTIFFS TO SHOW CAUSE |
| v. | ) WHY SANCTIONS SHOULD NOT BE IMPOSED |
| MICHAEL STAINER, et al., | ) FOR THEIR FAILURE TO COMPLY WITH THE |
| Defendants. | ) COURT'S ORDERS. |

On October 29, 2015, the Court ordered Plaintiffs to "file a notice of death related to the deceased plaintiff. The notice of death **SHALL** be served on any known heirs and successors of the deceased plaintiff." (Doc. 82 at 1)  This notice was to be filed no later than November 6, 2015. Id. However, Plaintiff's failed to comply. Therefore, the Court **ORDERS**:

**No later than November 16, 2015**, Plaintiffs **SHALL** show cause in writing why the Court should not impose sanctions for their failure to comply with the Court's orders. Alternatively, Plaintiffs may file the required notice of death within the same period.

IT IS SO ORDERED.

Dated:   **November 9, 2015**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE