**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL STAINER, et al., <br><br> Defendants. | ) Case No.: 1:11-cv-01484 AWI JLT <br> ) <br> ) ORDER TO BARRIGA AND LOPEZ TO SHOW <br> ) CAUSE WHY THE MATTER SHOULD NOT BE <br> ) DISMISSED AS TO THEM DUE TO THEIR <br> ) ABANDONMENT OF THE LITIGATION <br> ) <br> ) <br> ) <br> ) |

On January 20, 2016, counsel for Plaintiffs, Mark Ravis, filed a motion to withdraw as counsel of record for Plaintiffs, Barriga and Lopez. (Doc. 94) Mr. Ravis asserts that the last known address for these plaintiffs is the California Correctional Institution in Tehachapi but neither appear to be at that prison or at any prison within the CDCR. Id. at 2, 3. Mr. Ravis has attempted for two years to communicate with these plaintiffs but had not received communication in response. Id. at 3. Therefore, the Court **ORDERS**:

1. Within 14 days, Plaintiffs Barriga (CDCR# E51696) and Lopez (CDCR# H82107) **SHALL** show cause in writing why this matter should not be dismissed due to their abandonment of the litigation and their failure to prosecute it.

2. The Clerk of the Court is **DIRECTED** to serve this order on these plaintiffs at their last known address as follows:

///

1.     Inmate Barriga (E51696)
   California Correctional Institution
   PO Box 1906[1]
   Tehachapi, CA 93561

2.     Inmate Lopez (CDCR# H82107)
   California Correctional Institution
   PO Box 1906
   Tehachapi, CA 93561

**Plaintiffs are advised that their failure to comply with this order will result in the Court recommending the matter be dismissed.**

IT IS SO ORDERED.

   Dated:   **January 22, 2016**            **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of the mailing address of California Correctional Institution as set forth on the CDCR's website for this the "B" Facility which is where Mr. Ravis reports the inmates were held. The Court notes further that the address provided by counsel is the physical address of the prison.