# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL STAINER, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01484 AWI JLT<br><br>ORDER TO DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NONOPPOSITION TO THE MOTION OF AURORA ZABALA TO SUBSTITUTE AS SUCCESSOR IN INTEREST<br><br>(Doc. 93) |

　　　　On January 19, 2016, counsel for Plaintiffs, Mark Ravis, filed a motion on behalf of Aurora Zabala to be substituted in this litigation for her deceased son, Juan Zabala (incorrectly named in this litigation as "Juan Zavala.") (Doc. 93) Therefore, the Court **ORDERS**:

　　　　1.　　No later than February 5, 2016, Defendants **SHALL** file an opposition or non-opposition to the motion.

IT IS SO ORDERED.

　　Dated:　**January 25, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE