**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al., | ) Case No.: 1:11-cv-01484 DAD JLT |
| | ) |
| Plaintiffs, | ) ORDER TO PLAINTIFFS' COUNSEL TO SHOW |
| | ) CAUSE WHY SANCTIONS SHOULD NOT BE |
| v. | ) IMPOSED FOR FAILURE TO COMPLY WITH |
| | ) THE COURT'S ORDER |
| MICHAEL STAINER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On February 16, 2016, the Court ordered counsel for plaintiffs, Mark Ravis, to provide it the last known address for those plaintiffs with whom he had no recent contact. (Doc. 100 at 3)  He provided the names but not the addresses.  (Doc. 104)  Thus, the Court ordered Mr. Ravis to provide the addresses by February 26, 2016.  Id.  Once again, he did not comply.

Therefore, the Court **ORDERS** Mark Ravis to show cause in writing within five days why sanctions should not be imposed for his failure to comply with the Court's orders.  Alternatively, he may provide the addresses as ordered on February 16, 2016.  (Doc. 100 at 3).

IT IS SO ORDERED.

Dated:  __March 3, 2016__                              _____/s/ Jennifer L. Thurston_____
                                                                    UNITED STATES MAGISTRATE JUDGE