|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DUBRIN et al., | ) Case No.: 1:11-cv-01484 DAD JLT |
|---|---|
| Plaintiffs, | ) ORDER REQUIRING PLAINTIFFS' COUNSEL TO FILE FURTHER RESPONSE TO THE ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |
| v. |   |
| MICHAEL STAINER, et al., |   |
| Defendants. |   |

On February 16, 2016, the Court ordered counsel for plaintiffs, Mark Ravis, to provide it the last known address for those plaintiffs with whom he had no recent contact. (Doc. 100 at 3) He provided the names but not the addresses. (Doc. 104) Now he responds and indicates he is in the throes of medical condition that requires surgery. (Doc. 108) He explains further his process toward substituting Juana Zabala's daughter for him given his death (Id.), but fails to address the issue raised in the order to show cause. **The order to show cause sought the "last known addresses for those plaintiffs with whom he had no recent contact."** (Doc. 105) The responses filed by Mr. Ravis fails to address this issue at all.

Thus, within 10 days, counsel for Plaintiff, Mark Ravis, is **ORDERED** to file a further

response to the order to show cause.  In his response, **Mr. Ravis SHALL[1] provide the "last known addresses for those plaintiffs with whom he had no recent contact."**  Failure to comply may result in the imposition of sanctions, including relieving counsel of this representation.

IT IS SO ORDERED.

   Dated:   **March 10, 2016**                                  **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the medical condition of Mr. Ravis, the Court encourages counsel for Defendants to provide the information sought by the Court from Mr. Ravis.  The purpose of obtaining this information is to establish a deadline by which these absent plaintiffs are obligated to file notices of changes of address and to facilitate resolution of the matter.  L.R. 183.