1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | DUBRIN et al.,

                        )    Case No.: 1:11-cv-01484 DAD JLT

12           Plaintiffs,             )    ORDER REQUIRING TO DEFENDANTS TO FILE
                        )    OPPOSITION OR NOTICE OF NON-OPPOSITION

13        v.                      )    TO MOTION TO INTERVENE (Doc. 107)

14 | MICHAEL STAINER, et al.,     )    ORDER TO PLAINTIFF'S COUNSEL TO FILE
                        )    MOTION TO WITHDRAW AS TO THE ABSENT

15          Defendants.         )    PLAINTIFFS
                        )

16

17       Plaintiff's counsel, Mark Ravis, has alerted the Court he has had no contact with four plaintiffs,

18 Reynaldo Carmona, Jose Reyes Matthew Richards and Jimmy Flores. (Doc. 112 at 2) Moreover, he

19 has no information as to their current whereabouts.

20       In addition, Plaintiffs have sought to substitute the heir of Juan Zavala for this decedent in this

21 action. (Doc. 107) Defendants have not opposed this motion nor filed a notice of non-opposition.

22 Thus, the Court **ORDERS**:

23       1.      **No later than April 4, 2016**, Plaintiffs' counsel **SHALL** file his motion to withdraw as

24 to Reynaldo Carmona, Jose Reyes Matthew Richards and Jimmy Flores;

25 ///

26 ///

27 ///

28 ///

2.        **No later than March 28, 2016**, Defendants SHALL file their opposition or statement of non-opposition to the motion to substitute the heir of Juan Zavala for this decedent (Doc. 107).


IT IS SO ORDERED.

Dated:     **March 21, 2016**                          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE