# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al., | Case No.: 1:11-cv-01484 DAD JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED TO PLAINTIFFS' COUNSEL |
| v. | (Doc. 105) |
| MICHAEL STAINER, et al., | |
| Defendants. | |

On February 16, 2016, the Court ordered counsel for plaintiffs, Mark Ravis, to provide it the last known address for those plaintiffs with whom he had no recent contact. (Doc. 100 at 3)  Through oversight, Mr. Ravis failed to do that, though he has dutifully responded to the Court's other requests. Now, Mr. Ravis has provided the missing information. (Doc. 114) Therefore, the order to show cause (Doc. 105) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 22, 2016**            /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE