# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN, et al., | 1:11-cv-01484-DAD-JLT (PC) |
| Plaintiffs, | **ORDER DIRECTING CORRECTION OF CLERICAL ERROR OF PLAINTIFF "STRAM" TO "STRAIN"** |
| v. | |
| BONILLA, et al, | **(Doc. 118)** |
| Defendants. | |

Counsel for Plaintiffs recently filed a motion to withdraw as counsel for Plaintiff's Richards, Flores, and Cormona.  (Doc. 118.)  The Court has addressed the substance of that in a separate order.  However, the last segment of that motion notes that the plaintiff who has been identified on the docket of this action as "Stram" is really "Jeremy Strain."  (*Id.*)  Plaintiff's counsel indicates that Mr. Strain "is already accounted for" and that Mr. Strain was identified variously throughout this action as "Stram" due to clerical error.[1]

Rule 60(a) of the Federal Rules of Civil Procedure provides that a court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record.  The court may do so on motion or on its own, with or without notice. . . ."

---

[1] While Plaintiff's counsel requests that "Stram" be "deleted as a plaintiff," to do so may have unintended consequences for Mr. Strain since he is unaccounted for on the docket of this action.  Thus, the spelling of this Plaintiff's name on the docket is corrected instead.

1

Accordingly, the Court DIRECTS the Clerk of the Court to correct the name of the Plaintiff identified as "Stram" by changing it to "Jeremy Strain."

IT IS SO ORDERED.

Dated: **April 6, 2016**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE