# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAINER, et al.,<br><br>　　　　　Defendants. | **Case No.  1:11-cv-01484-AWI-JLT (PC)**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE SOLELY AS TO PLAINTIFF RICHARDS (Doc. 122)**<br><br>**ORDER STRIKING ORDER GRANTING ATTORNEY MARK RAVIS' MOTION TO WITHDRAW AS TO MATTHEW RICHARDS ONLY (Doc. 119)** |

On April 5, 2016, an order issued granting Mr. Ravis' withdrawal from representation of Plaintiffs Jimmy Flores, Reynaldo Cormona, and Matthew Richards who were individually given 21 days to show cause why they should not be dismissed from this action for their apparent abandonment and failure to prosecute.  (Doc. 119.)  On April 8, 2016, Mr. Ravis filed a status report indicating that Plaintiff Matthew Richards responded and agrees with the settlement.  (Doc. 122)  Thus, the Court ORDERS the Order to Show Cause, which issued on April 5, 2016 (Doc. 119), is DISCHARGED as to Plaintiff Matthew Richards.  The order granting Mr. Ravis' motion to withdraw as attorney of record for Matthew Richards only (Doc.119) is STRICKEN.

IT IS SO ORDERED.

　　Dated:　**April 12, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1