UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>STAINER, et al.,<br><br>            Defendants. | Case No.  1:11-cv-01484-DAD-JLT (PC)<br><br>**ORDER GRANTING MOTION TO INTERVENE OR SUBSTITUTE PARTY BY PLAINTIFF ZAVALA**<br><br>**(Doc. 107)** |

On March 7, 2016, Plaintiffs filed a motion to substitute Prissilla Anamarie Sanchez, by and through her guardian ad litem ("GAL"), in place an instead of her deceased father, Juan Zavala (aka Juan Zabala on the death certificate), as a Plaintiff in this action. (Doc. 107.) Defendants filed a statement of non-opposition on the condition she complied with California Code of Civil Procedure § 377.72. (Doc. 116.) She has done so (Doc. 123).

The GAL's declaration meets the requirements of section 377.32 in as much as it indicates the decedent's name, when and where he died, that there is no current proceeding in California for administration of his estate, that Miss Sanchez is the decedent's only successor, and attached both a copy of Mr. Zavala's death certificate as well as Miss Sanchez's certificate of birth. (Doc. 123.)  Accordingly, the Court **ORDERS**:

1.   Plaintiff's motion to substitute successor, filed on March 7, 2016 (Doc. 107) is **GRANTED**;

1

2. Prissilla Anamaries Sanchez, via her mother and guardian ad litem Jessica Lynne Bergren, is substituted in place of Plaintiff Juan Zavala (aka Juan Zabala) as a plaintiff in this action;

3. The Clerk of the Court is directed that "Plaintiff Zavala" be terminated from the docket of this case.[1]

IT IS SO ORDERED.

Dated:   **April 28, 2016**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has already placed the child, through her guardian ad litem, on the docket.

2