# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURBIN, et al., | 1:11-cv-01484-AWI-JLT (PC) |
| Plaintiffs, | ORDER AFTER STATUS CONFERENCE |
| v. | |
| BONILLA, et al., | |
| Defendants. | |

The Court held a status conference on May 20, 2016 regarding the agreement to settle the matter. (Doc. 131) Counsel agreed that assuming the District Judge adopts the findings and recommendations related to dismissing the case as to defendants Carmona and Flores and dismisses the matter as to defendants Barriga and Lopez—for their failure to keep the Court apprised of their current addresses—there is no further impediment to settlement. Thus, the Court **ORDERS**:

1. Defendants' counsel **SHALL** provide to Plaintiffs' counsel the proposed settlement agreement **no later than June 3, 2016**;
2. **No later than June 10, 2016**, Plaintiffs' counsel **SHALL** send copies of the agreement to each plaintiff and to obtain their signatures—formalizing their previous agreement to settle the case—as soon as possible;

///

///

1

3. **No later than June 30, 2016**, counsel **SHALL** file a joint report indicating the status of the settlement, specifically identifying which of the plaintiffs have signed the agreement and which signatures are outstanding, and identifying any impediments to settlement.

IT IS SO ORDERED.

Dated: __**May 20, 2016**__                            _____/s/ Jennifer L. Thurston_
                                                            UNITED STATES MAGISTRATE JUDGE