# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al., | Case No.: 1:11-cv-01484 AWI JLT |
| Plaintiffs, | ORDER TO PLAINTIFFS' COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO COMPLY WITH THE COURT'S ORDERS. |
| v. | |
| MICHAEL STAINER, et al., | |
| Defendants. | ORDER REQUIRING FURTHER STATUS REPORT |

On August 19, 2016, the Court ordered counsel to file a joint status report and for plaintiffs' counsel to file the petition for approval of the minor's compromise by September 19, 2016. (Doc. 137) Counsel filed the joint report and advised the Court that plaintiffs' counsel failed to provide the payee data forms to the plaintiffs but that this has now occurred. (Doc. 138) However, there was no discussion about the failure to file the petition for the minor's compromise and the Court cannot conceive of a reason why the failure to receive the payee data forms could act as an impediment to filing the petition. Therefore, the Court **ORDERS**:

    1.    <u>**No later than October 3, 2016**</u>, Plaintiffs' counsel, Mark Ravis, **SHALL** show cause in writing why the Court should not impose sanctions for his failure to comply with the Court's orders. Alternatively, by October 3, 2016, Mr. Ravis may file the stipulated petition for approval of the minor's compromise and set it for hearing before Judge Drozd as soon as possible;

///

2. **No later than December 2, 2016**, counsel **SHALL** file a joint report setting for the status of the settlement.

IT IS SO ORDERED.

Dated: **September 26, 2016**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE