**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al., | Case No.: 1:11-cv-01484 AWI JLT |
| Plaintiffs, | ORDER DISCHARGIN ORDER TO SHOW CAUSE |
| v. | |
| MICHAEL STAINER, et al., | (Doc. 139) |
| Defendants. | |

Despite the Court's order (Doc. 137), the plaintiff's counsel failed to file the petition for minor's compromise by September 19, 2016. Thus, the Court issued an order to show cause to the plaintiff's counsel. (Doc. 139)  Counsel responded to the order and explained, in essence, the need to file the petition, was overlooked. (Doc. 141)  At the same time, counsel filed the petition. (Doc. 140) Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **October 4, 2016**              /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE