UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al., | No. 1:11-cv-01484-DAD-JLT |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS APPROVING MINOR'S COMPROMISE |
| MICHAEL STAINER et al., | |
| Defendants. | (Doc. Nos. 140, 143) |

This civil rights action brought pursuant to 42 U.S.C. § 1983 and filed on September 2, 2011, involves multiple plaintiffs and multiple defendants. (*See* Doc. Nos. 2, 38.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 5, 2016, the assigned magistrate judge issued findings and recommendations, recommending that this court approve the compromise of a minor's claims with respect to the settlement of the claim being pursued on behalf of plaintiff Juan Manuel Sanchez-Zavala, now deceased, by his minor child through a guardian ad litem. (Doc. No. 143.) The findings and recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (*Id.*) No objections have been filed and the time provided for their filing has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The October 5, 2016 findings and recommendations (Doc. No. 143) are adopted in full; and

2. Plaintiff's petition for approval of the compromise of the claims of Prissilla Anamarie Sanchez[1]—in the sum of $2,650.00, minus attorney's fees[2] of $662.50, which results in a final net distribution to minor Sanchez of $1,987.50—is granted.

IT IS SO ORDERED.

Dated:   **November 23, 2016**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] Minor Sanchez is the surviving biological daughter of decedent Juan Manuel Sanchez-Zavala, who was housed in the SHU at Techachapi and who died on June 28, 2014.

[2] Plaintiffs' counsel has agreed to waive reimbursement of costs from minor Sanchez. (Doc. No. 140 at 2.)

2