**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>MICHAEL STAINER, et al.,<br><br>            Defendants. | Case No.: 1:11-cv-01484 AWI JLT<br><br>ORDER REGARDING SETTLEMENT AND FOR ADDITIONAL STATUS REPORT<br><br>(Doc. 139) |

    In their joint report, the parties indicate that plaintiff's counsel, Mr. Ravis, has received 23 signed settlement agreements and 15 payee data forms. (Doc. 147 at 2)  Mr. Ravis reports that he has lost contact with three plaintiffs, one of which he is certain to have no further contact as he has left the country.  Id.  Mr. Ravis does not report on his contact with Tony Hall but Mr. Ravis' report related to this plaintiff is not due until December 9.  See Docs. 144, 146.

    Mr. Ravis indicates he intends to file a motion to withdraw from his representation from the plaintiff who has left the country but does not report his intended action as to the other plaintiffs.  Likewise, counsel fail to explain how and when the settlement is intended to be completed.

    Counsel should be aware that the Court's patience is growing thin.  This case was resolved at a settlement conference more than a year ago and it can see no good reason why it has not been completed.  Thus, counsel **SHALL** use all efforts to bring this matter to fruition as soon as possible.  If this requires counsel to drive to the prisons to meet with the plaintiffs in person to obtain the required

1

signatures, counsel **SHALL** take that effort.  Thus, the Court **ORDERS**:

    1.    Counsel **SHALL** file a joint statement no later than December 26, 2016 setting forth when they expect the settlement documents from the plaintiffs to be received and when the settlement will be completed.  If there are any plaintiffs who have not returned their settlement agreements or payee data form, counsel **SHALL** set forth their plans for obtaining the signed and completed documents and when this will occur;

    2.    **No later than December 16, 2016**, Mr. Ravis **SHALL** file his motion to withdraw the representation of any plaintiff with whom he no longer has contact or who chooses not to participate in the settlement;

    3.    The Court reminds Mr. Ravis of his obligation to file his report **no later than Friday, December 9, 2016** (Doc. 146), setting forth the status of the matter as to plaintiff, Tony Hall.

IT IS SO ORDERED.

Dated:  **December 5, 2016**            **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE