# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN,<br><br>            Plaintiff,<br><br>      v.<br><br>STAINER, et al.,<br><br>            Defendants. | Case No.  1:11-cv-01484-AWI-JLT (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO MEET WITH PLAINTIFF HALL AND EXTENDING DEADLINE TO FILE MOTION TO WITHDRAW**<br><br>**(Doc. 148, 149)** |

Plaintiffs' counsel's recent status report indicates that, despite repeated attempts, he has been unable to reach Plaintiff Hall by telephone and is now scheduled to meet with him in person on December 16, 2016.  Because of this, counsel requests an extension of his deadline to contact Plaintiff Hall to discuss the issue of payment of restitution from settlement proceeds to December 16, 2016.  Counsel indicates that SATF only allows visitation on Fridays through Mondays.

Accordingly, it is the Court **ORDERS** that Plaintiff's counsel is granted up to December 16, 2016 to make contact with Plaintiff Hall; thereafter, any motion to withdraw as Plaintiff's Hall's attorney of record shall be filed no later than December 23, 2016.

IT IS SO ORDERED.

   Dated:     **December 12, 2016**                    **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE