**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUBRIN, et al., | ) Case No.: 1:11-cv-01484 DAD JLT |
| Plaintiffs, | ) **ORDER STRIKING ORDER GRANTING ATTORNEY MARK RAVIS' MOTION TO WITHDRAW SOLELY AS TO JOAQUIN CORONADO (Doc. 160)** |
| v. | |
| MICHAEL STAINER, et al., | ) **ORDER DISCHARGING ORDER TO SHOW CAUSE AND STRIKING FINDINGS AND RECOMMENDATION TO DISMISS SOLELY AS TO JOAQUIN CORONADO (Doc. 167)** |
| Defendants. | |
| | ) **ORDER STRIKING MOTION TO VACATE AS DUPLICATIVE (Doc. 168)** |
| | ) **ORDER DIRECTING CLERK OF COURT TO TERMINATE ATTORNEY MARK RAVIS FROM REPRESENTING PLAINTIFF AARON PRANGE and SERVE FINDINGS AND RECOMMENDATION ON PLAINTIFF PRANGE (Doc. 167)** |
| | ) **TWENTY-ONE DAY DEADLINE** |

On February 14, 2017, the Court granted Mr. Ravis' request to withdraw from representation of plaintiffs Joaquin Coronado and Aaron Prange. (Doc. 160) The Court also gave these plaintiffs 21 days to show cause why they should not be dismissed from this action for their apparent abandonment and failure to prosecute. (Doc. 160.) On March 13, 2017, Mr. Ravis filed a status report indicating that he had just received a Payee Data Record form signed by Coronado and had been in contact with

1

Coronado's mother whom he informed needed to obtain Coronado's signature on the settlement agreement, which she promised to do immediately. (Doc. 166.) Nearly three weeks lapsed without further indication whether Coronado agreed to and executed the settlement agreement. Thus, on April 4, 2016, the Court issued Findings and Recommendations that Coronado and Prange be dismissed for their failure to prosecute this action. (Doc. 167.)[1] On April 26, 2017, Mr. Ravis filed a status report indicating that Joaquin Coronado *had now* responded and agrees with the settlement, and that Mr. Ravis is in possession of both a signed Settlement Agreement and a signed Payee Data Sheet from Joaquin Coronado. (Doc. 169.) Thus, the Court **ORDERS**:

(1) the Order to Show Cause, which issued on February 14, 2017 (Doc. 160), is DISCHARGED **solely** as to Plaintiff Joaquin Coronado;

(2) the order granting Mr. Ravis' motion to withdraw as attorney of record for Joaquin Coronado **only** (Doc.160) is STRICKEN;

(3) Mr. Ravis' notice of withdrawal of his motion to withdraw as counsel for Joaquin Coronado and Aaron Prange, filed on April 7, 2017 (Doc. 168) is STRICKEN since it duplicates the notice he filed on March 7, 2017 (Doc. 165);

(4) the Clerk of the Court is directed to terminate Mr. Ravis from representation of Plaintiff Aaron Prange on the docket of this case and to serve a copy of this order as well as the Findings and Recommendation to dismiss, that issued on April 6, 2017 (Doc. 167), on Aaron Prange at his last known address: c/o Natalie M. Amador, 9571 Harle Avenue, Anaheim, CA 92804; and

///
///
///
///
///

---

[1] There is no record on the docket of this action that these Findings and Recommendations were served directly on Plaintiffs Coronado and Prange. Given the contents of this order, it need not be served directly on Coronado, but must be served on Prange's last known address.

(5) **Aaron Prange shall have 21 days from the date of service of this order to file objections to the Findings and Recommendations that issued on April 6, 2017 (Doc. 167).**

IT IS SO ORDERED.

Dated: **April 28, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE