UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL STAINER et al.,<br><br>　　　　　Defendants. | No. 1:11-cv-01484-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF HALL'S REQUEST TO RESCIND SETTLEMENT<br><br>(Doc. Nos. 161, 162) |

This is a civil rights action under 42 U.S.C. § 1983, involving multiple plaintiffs and multiple defendants, which was filed on September 2, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2017, the assigned magistrate judge filed findings and recommendations, recommending that the court deny plaintiff Tony Hall's motion to rescind his agreement to the settlement of this action which were served on the parties and contained notice that objections thereto were to be filed within thirty days. (Doc. No. 162.) Despite lapse of more than the allowed time, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

1

and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The February 28, 2017 findings and recommendations (Doc. No. 162) are adopted in full; and

2. Plaintiff Hall's motion to rescind his agreement to the settlement (Doc. No. 161) is denied.

IT IS SO ORDERED.

Dated: **July 10, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE