# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBRIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STAINER, et al., <br><br> Defendants. | Case No. 1:11-cv-01484-DAD-JLT (PC) <br><br> **ORDER ON SETTLEMENT** |

On October 28, 2015, the Court held a settlement conference at which the parties were able to formulate terms that will achieve settlement. All factors which hindered final resolution of this action have now been resolved. (*See* Docs. 153, 171, 172.)

Accordingly, the Court **ORDERS** that no later than **October 18, 2017,** the parties **SHALL** file a stipulation to dismiss this matter.

IT IS SO ORDERED.

Dated: __**July 18, 2017**__           /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

1